```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
DRYWALL TAPERS AND POINTERS OF                              :
GREATER NEW YORK LOCAL UNION                                :
1974, AFFILIATED WITH                                       :
INTERNATIONAL UNION OF ALLIED                               :         21-CV-7543 (VSB)
PAINTERS AND ALLIED TRADES, AFL-                            :
CIO,                                                        :           ORDER
                                                            :
                            Petitioner                      :
                                                            :
              -against-                                     :
                                                            :
TIGER CONTRACTING CORP.,                                    :
                                                            :
                            Respondent.                     :
                                                            :
--------------------------------------------------------- X
```

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/14/2021
```

<u>VERNON S. BRODERICK</u>, United States District Judge:

This case has been assigned to me for all purposes. On September 9, 2021, Petitioner filed a petition seeking to confirm an arbitration award. (Doc. 1.) Petitioner has not yet docketed an affidavit of service.

Proceedings to confirm or to vacate arbitration awards must be "treated as akin to a motion for summary judgment." *See D.H. Blair & Co. v. Gottdiener*, 462 F.3d 95, 109 (2d Cir. 2006). It is hereby:

ORDERED that Petitioner shall file and serve any additional materials with which they intend to support their petition for confirmation by October 7, 2021. Respondent's opposition, if any, is due on November 4, 2021. Petitioner's reply, if any, is due on November 18, 2021.

IT IS FURTHER ORDERED that Petitioner shall serve a copy of this Order on

Respondent and to file an affidavit on ECF certifying that such service has been effected.

SO ORDERED.

Dated:  September 14, 2021
        New York, New York

_____
VERNON S. BRODERICK
United States District Judge