UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

DRYWALL TAPERS AND POINTERS OF
GREATER NEW YORK LOCAL UNION
1974, AFFILIATED WITH
INTERNATIONAL UNION OF ALLIED
PAINTERS AND ALLIED TRADES, AFL-CIO,

                Petitioner,                      21-CV-7543 (VSB)(SN)

         -against-                                **ORDER**

TIGER CONTRACTING CORP., a/k/a
TIGER CONTRACTING CORPORATION,

                Respondent.

-------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

       On September 9, 2021, Petitioner filed a petition to confirm an arbitration award. ECF No. 1. Respondent was ordered to oppose by no later than November 4, 2021. ECF No. 7. As of the issuance of this order, Respondent has not opposed the petition. On September 27, 2022, the Honorable Vernon S. Broderick referred this case to my docket for a Report & Recommendation. ECF No. 11. The Respondent shall file its opposition by no later than October 5, 2022, or the Court will consider the matter fully briefed.

**SO ORDERED.**

                                                             _____
                                                             SARAH NETBURN
                                                             United States Magistrate Judge

DATED:      New York, New York
                  September 30, 2022