UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

DRYWALL TAPERS AND POINTERS OF
GREATER NEW YORK LOCAL UNION
1974, AFFILIATED WITH
INTERNATIONAL UNION OF ALLIED
PAINTERS AND ALLIED TRADES, AFL-CIO,

      Petitioner,      21-CV-7543 (VSB)(SN)

  -against-          **ORDER**

TIGER CONTRACTING CORP. a/k/a
TIGER CONTRACTING CORPORATION,

      Respondent.

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

  On September 9, 2021, Petitioner filed a petition to confirm an arbitration award. ECF No. 1. On September 30, 2022, the Court ordered Respondent to file its opposition by October 5, 2022. ECF No. 12. Because Respondent has made no such filing, this matter is now fully briefed.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED: New York, New York
     October 6, 2022