**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
DRYWALL TAPERS AND POINTERS OF
GREATER NEW YORK LOCAL UNION 1974,
AFFILIATED WITH INTERNATIONAL
UNION OF ALLIED PAINTERS AND
ALLIED TRADES AFL-CIO,

                          Petitioner,

      -against-                                                           21 **CIVIL** 7543 (VSB)(SN)

                                                                             **<u>JUDGMENT</u>**

TIGER CONTRACTING CORP.,

                          Respondent.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated February 23, 2023, despite the Report advising the parties that they could object within fourteen days, neither party filed an objection to the Report. The Court has reviewed Judge Netburn's detailed and logical Report for clear error and, after careful review, found none. The Report is ADOPTED as against Respondent Tiger Contracting Corp. The Union's unopposed motion to confirm the Award is GRANTED, and the Union is awarded $20,000 based on the Arbitration Award, $2,520 in fees, and $517 in costs, for a total judgment amount of $23,037.00, plus post-judgment interest; accordingly, the case is closed.

**Dated:**  New York, New York

      February 23, 2023

                                                                      **RUBY J. KRAJICK**

                                                                         **Clerk of Court**

                                          **BY:**           *K. Mango*

                                                                         **Deputy Clerk**